Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000915
09-FEB-2018
09:46 AM

NO. CAAP-17-0000915

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
Plaintiff-Appellee,
v.
CHARLES ALEXANDER MOOSE; SANDRA LYNN HERMAN MOOSE;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE
FOR COUNTRYWIDE BANK, FSB; OCEAN POINTE RESIDENTIAL COMMUNITY
ASSOCIATION, INC.; and KE NOHO KAI COMMUNITY ASSOCIATION, INC.,
Defendants-Appellees,
and
DAMON MASATOSHI SENAHA, Defendant-Appellant
and
JOHN DOES 2-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 2-50; and DOE GOVERNMENTAL UNITS 1-50,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-0565-03 (JHC) (Foreclosure))

ORDER APPROVING THE JANUARY 9, 2018 STIPULATION
DISMISSING THE APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal
with Prejudice of Appeal, filed by Defendant-Appellant Damon
Masatoshi Senaha, on January 9, 2018, and the record, it appears
that (1) the appeal has not been docketed, (2) the parties
stipulate to dismiss the appeal with prejudice and bear their own
attorneys' fees and costs, and (3) the stipulation is dated and
signed by counsel for all parties appearing in the appeal, in
compliance with Rule 42(a) of the Hawai'i Rules of Appellate
Procedure.

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, February 9, 2018.

Presiding Judge

Associate Judge

Associate Judge